UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

DERRICK ANDERSON, on behalf of himself and all others
similarly situated,

                                         Plaintiff,

        -v.-

YANKEEKICKS, INC.,


                                    Defendant,

---------------------------------------------------------------------------x

Civil Action No: 1:25-cv-03993-RPK-JRC

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

        **PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall

be and hereby is dismissed pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i)

without prejudice; without costs, or disbursements, or attorneys' fees to any party.


Dated: January 14, 2026

                                   Respectfully Submitted,

                                   */s/Uri Horowitz*
                                   Uri Horowitz, Esq.
                                   **Horowitz Law, PLLC**
                                   14441 70th Road
                                   Flushing, NY 11367
                                   uri@horowitzlawpllc.com
                                   Tel. (718) 705-8700
                                   Fax (718) 705-8705
                                   *Attorneys for Plaintiff*

## **Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 14th day of January 2026                    Respectfully Submitted,

*/s/ Uri Horowitz*
Uri Horowitz, Esq.